**Appeal Ordered Withdrawn and Opinion issued May 11, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-00-00210-CR

**JERRAL WAYNE JONES, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 4
Dallas County, Texas
Trial Court Cause No. MB99-30714-E**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47